IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHARLES DENISON JR., | No. C 16-00432 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| CITI FINANCIAL SERVICING LLC; DOES 1-5, | |
| Defendants. | |

In this Fair Credit Reporting Act action, defendant Citi Financial Servicing, LLC filed a motion to dismiss on February 22. Pro se plaintiff Ronald Denison's response was due on March 7, but no response has been received. By **NOON ON MARCH 28, 2016**, plaintiff is hereby ordered to show cause, in writing, why he failed to file a timely opposition. By the same date, plaintiff must also file either an opposition to the motion to dismiss or a statement of non-opposition. Failure to respond, or to show sufficient cause as to why plaintiff did not file a timely opposition, may result in dismissal of the case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE