United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHARLES DENISON JR., | No. C 16-00432 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING HEARING AND SETTING DATE FOR DEFENDANT'S REPLY** |
| CITI FINANCIAL SERVICING LLC; DOES 1-5, | |
| Defendants. | |

The Court is in receipt of plaintiff Ronald Denison's response to the order to show cause, which contains his opposition to defendant's motion to dismiss and motion to strike. Defendant's reply shall be due on **APRIL 5, 2016.** The hearing, previously set for April 21, is hereby continued to **EIGHT A.M. ON APRIL 28, 2016**, in Courtroom 8 on the 19th floor of the federal building in San Francisco. The case management conference previously set for Eleven A.M. shall also take place at Eight A.M.

**IT IS SO ORDERED.**

Dated: March 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE