**Andrew A. Bao (SBN 247092)**
*aabao@wolfewyman.com*
**Meagan S. Tom (SBN 273489)**
*mstom@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone: (925) 280-0004**
**Facsimile: (925) 280-0005**

**Attorneys for Defendant**
**CITIFINANCIAL SERVICES LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD CHARLES DENISON JR., <br><br> Plaintiff, <br><br> v. <br><br> CITIFINANCIAL SERVICING LLC; DOES 1-5, <br><br> Defendants. | Case No.: 3:16-cv-00432-WHA <br><br> Hon. William Alsup <br> Courtroom 8 <br><br> **REPLY TO PLAINTIFF'S OPPOSITION TO CITIFINANCIAL SERVICING LLC'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT** <br><br> Date: April 21, 2016 <br> Time: 8:00 a.m. <br> Courtroom: 8, 19th Floor |

Defendant CITIFINANCIAL SERVICING LLC ("Citi") submits the following memorandum of points and authorities in reply to the opposition filed by RONALD CHARLES DENISON JR. ("Plaintiff") to Citi's motion to strike portions of the Complaint.

**1.** **<u>Plaintiff's Opposition Fails Citi's Arguments Related to Punitive Damages.</u>**

As noted in Citi's moving papers, Plaintiff's Complaint fails to allege sufficient facts to support claims for punitive damages under the debt collection statutes, as they are not explicitly authorized by said statute. (See Motion to Strike, 1:26-2:1) Plaintiff's Opposition wholly fails to address this argument and as such, concedes its merits.

///

Furthermore, while Plaintiff is correct that under 15 U.S.C. §§ 1681(n) and (o) provide for punitive damages, this argument fails to address the deficiencies with the claim for punitive damages. Plaintiff's Complaint lacks any factual allegations as to any "willful" violations; indeed, the Opposition conclusory statement that "Plaintiff has properly alleged willful where indicated" does not point to any facts within his Complaint to support his requests for punitive damages.

As such, Plaintiff's punitive damages requests should be stricken from the Complaint.

## 2. **Plaintiff's Remains in *Pro Se*.**

In support of his claims for attorney's fees, Plaintiff posits that he "may retain an attorney at some point, and requires attorney's fees upon successful adjudication." (Opposition, ¶ 6).

However, Plaintiff's arguments miss the mark. As noted, Plaintiff is in pro se. He admits that he is not represented by an attorney. Given that he continues to represent himself throughout this matter, case law dictates that he is not entitled to attorney fees.

As such, Plaintiff's requests for attorney fees remain improper.

## 3. **Conclusion**

Based on all of the foregoing reasons, as well as those set forth in Citi's moving memorandum, Citi respectfully requests this Court grant its' Motion to Strike Portions of the Complaint.

DATED: March 30, 2016     WOLFE & WYMAN LLP

By:     */s/ Meagan S. Tom* (SBN 273489)
    ANDREW A. BAO
    MEAGAN S. TOM
Attorneys for Defendant
**CITIFINANCIAL SERVICES LLC**

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
                         ) ss.
**COUNTY OF ORANGE** )

I, Kathy Hagmaier, declare that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531.

On the date shown below, I served the document(s) described as **REPLY TO PLAINTIFF'S OPPOSITION TO CITIFINANCIAL SERVICING LLC'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:
☐ **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☐ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on March 30, 2016, at Irvine, California.

Kathy Hagmaier

2233885.1

**SERVICE LIST**
**U.S. District Court, Northern District – Case No. 3:16-cv-00432-WHA**
<u>**Ronald Charles Denison Jr. v. Citifinancial Servicing LLC, et al.**</u>
**W&W File No. 1133-1553**
**[Revised: 2/23/2016]**

| | |
|---|---|
| Ronald Charles Denison Jr.<br>117 Firethorn Drive<br>Rohnert Park, CA 94928-1333 | **PLAINTIFF IN PRO PER**<br><br>Chass14@icloud.com<br><br>Tel:<br>Fax: |