**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES DENISON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIFINANCIAL SERVICING LLC,<br><br>    Defendant.<br>_____ / | No. C 16-00432 WHA<br><br>**ORDER RE HEARING ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

On May 18, 2016, plaintiff filed a motion for leave to file an amended complaint. The hearing on the motion shall take place on **JUNE 23, 2016 AT 8:00**.

**IT IS SO ORDERED.**

Dated: May 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE