IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD C. DENISON JR.,

    Plaintiff,

v.

CITIFINANCIAL SERVICING LLC, and DOES 1–5,

    Defendants.

No. C 16-00432 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying motion for leave to amend, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Citifinancial Servicing LLC, and against plaintiff Ronald C. Denison. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE