# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 6/23/16 | **Time:** 2 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:16-cv-00432-WHA | **Case Name:** Denison v. CitiFinancial Servicing LLC | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Kathy Wyatt | |

**Attorney for Plaintiff:** Ronald Charles Denison (pro se)

**Attorney for Defendant:** Meagan Tom

## PROCEEDINGS

Motion for Leave to Amend - Taken Under Submission

**PRETRIAL SCHEDULE:**